FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Institute for Energy Research <br> *Plaintiff* <br> v. <br> Federal Energy Regulatory Commission <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 6:22-cv-42 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Civil Process Clerk
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, Texas 77002

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: October 5, 2022

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Institute for Energy Research )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 6:22-cv-42
)
Federal Energy Regulatory Commission )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Federal Energy Regulatory Commission
Attn.: Matthew Christiansen, General Counsel
888 First Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: October 5, 2022

s/ Brittany Boniface
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Institute for Energy Research )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 6:22-cv-42
)
Federal Energy Regulatory Commission )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: October 5, 2022

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*