AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

United States Courts
Southern District of Texas
FILED

*October 27, 2022*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*