UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Defendant. | Case No. 6:22-cv-00042 |

**DEFENDANT'S ANSWER**

Defendant Federal Energy Regulatory Commission, through its undersigned counsel, sets forth its affirmative defenses and answers Plaintiff Institute for Energy Research's Complaint for Declaratory and Injunctive Relief ("Complaint") as follows.

1. This paragraph contains Plaintiff's characterizations of this action, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or any relief whatsoever.

2. This paragraph contains legal conclusions, to which no response is required. To the extent a response is required, these allegations are denied.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendant admits that it is an independent agency of the United States government and has an office location in Houston, Texas. Defendant denies the remaining allegations in this paragraph.

5. Defendant admits that it is an agency of the United States government headquartered in Washington, D.C., but denies that this case is filed in the District of Columbia.

Case 1:22-cv-03419-CKK   Document 5   Filed 11/04/22   Page 2 of 5

The remainder of the paragraph contains a legal conclusion regarding jurisdiction, to which no response is required.

6. Defendant reiterates that it is an agency of the United States government headquartered in Washington, D.C. with a regional office in Houston, Texas. Defendant lacks knowledge or information sufficient to form a belief about Plaintiff and the remainder of this paragraph contains a legal conclusion regarding venue, to which no response is required.

7. This paragraph contains a legal conclusion regarding administrative exhaustion, to which no response is required.

8. Defendant admits that Plaintiff's Freedom of Information Act ("FOIA") request is dated July 29, 2022. Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

9. This paragraph purports to recite a portion of Plaintiff's FOIA request. The document speaks for itself, to which no response is required.

10. Defendant admits that it acknowledged Plaintiff's FOIA request and assigned it reference number FOIA-2022-72. Defendant respectfully refers the Court to that communication for a complete and accurate statement of its contents.

11. Admitted. Defendant respectfully refers the Court to Defendant's determination letter for a complete and accurate statement of its contents.

12. Defendant admits that it received Plaintiff's administrative appeal on August 26, 2022. The remainder of this paragraph purports to recite a portion of Plaintiff's FOIA administrative appeal. Defendant respectfully refers the Court to that document for a complete and accurate statement of its contents.

13. Admitted.

14. Defendant admits that it denied the Plaintiff's administrative appeal in full and respectfully refers the Court to Defendant's October 3, 2022 administrative appeal determination for a complete and accurate statement of its contents.

15. Defendant admits that the application of FOIA Exemption 6 was invoked and respectfully refers the Court to Defendant's October 3, 2022 administrative appeal determination for a complete and accurate statement of its contents.

16. This paragraph contains legal conclusions, to which no response is required. To the extent a response is necessary, Defendant denies the allegations.

17. Defendant incorporates by reference its answers to all preceding paragraphs.

18. This paragraph contains a legal conclusion, to which no response is required.

19. This paragraph contains a legal conclusion, to which no response is required.

20. This paragraph contains a legal conclusion, to which no response is required.

21. This paragraph contains a prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

22. Defendant incorporates by reference its answers to all preceding paragraphs.

23. This paragraph contains a legal conclusion, to which no response is required. Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

24. This paragraph contains a legal conclusion, to which no response is required. To the extent that a response is required, Defendant has not assessed any fees to Plaintiff. Further, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

25. This paragraph contains a prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

26. This paragraph contains a prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

27. Defendant incorporates by reference its answers to all preceding paragraphs.

28. This paragraph contains legal conclusions, to which no response is required.

29. This paragraph contains a prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief described in this paragraph, or to any relief whatsoever.

The remainder of paragraph contains Plaintiff's Prayer for Relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief described in the Prayer for Relief, or to any relief whatsoever.

Defendant denies each and every allegation in the Complaint that it has not expressly admitted or to which it has responded that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

## **Affirmative Defenses**

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff seeks information under FOIA, 5 U.S.C. § 552, that is exempt from disclosure under the statute.

3. Plaintiff is not entitled to any information that is exempt from disclosure under FOIA, 5 U.S.C. § 552.

**WHEREFORE,** Defendant respectfully requests that this action be dismissed with prejudice and that the Court grant Defendant such other relief as may be appropriate.

Dated: November 4, 2022

Respectfully submitted,

JENNIFER B. LOWERY

UNITED STATES ATTORNEY

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3303
E-mail: myra.siddiqui@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2022, the foregoing was filed and served on counsel of record via the Court's CM/ECF system.

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney