UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| Institute for Energy Research, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:22-cv-00042 |
| § | |
| Federal Energy Regulatory Commission, § | |
| § | |
| Defendant. § | |

## STIPULATION AND JOINT MOTION TO TRANSFER

Plaintiff Institute for Energy Research and Defendant Federal Energy Regulatory Commission (hereinafter the "Parties") file this stipulation and joint motion to transfer this action from the Southern District of Texas to the U.S. District Court for the District of Columbia. In further support of this request, the Parties would show the Court the following:

1. This action, brought under the Freedom of Information Act ("FOIA"), was filed on October 4, 2022. Dkt. 1.

2. The Parties have conferred and agree that venue for this action lies, *inter alia*, in the U.S. District Court for the District of Columbia and that transfer is appropriate under the specific circumstances of this case. The Parties also agree that this joint motion does not constitute a waiver of any claims or defenses. Finally, the Parties agree and stipulate to a transfer of this action to the U.S. District Court for the District of Columbia.

For the foregoing reasons, the Parties respectfully request that the Court transfer this case to the U.S. District Court for the District of Columbia.

| | |
|---|---|
| Dated: November 4, 2022 | Respectfully submitted,<br><br>*/s/ Matthew D. Hardin*<br>Matthew D Hardin, DC Bar #1032711<br>Hardin Law Office<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br>Phone: 202-802-1948<br>Email: MatthewDHardin@protonmail.com<br><br>**ATTORNEYS FOR PLAINTIFF INSTITUTE FOR ENERGY RESEARCH**<br><br>JENNIFER B. LOWERY<br>UNITED STATES ATTORNEY<br><br> By: */s/ Myra Siddiqui*<br>Myra Siddiqui<br>Assistant United States Attorney<br>Southern District No. 3257790<br>Texas Bar No. 24106434<br>1000 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Tel: (713) 567-9600<br>Fax: (713) 718-3303<br>E-mail: myra.siddiqui@usdoj.gov<br><br>**ATTORNEYS FOR DEFENDANT FEDERAL ENERGY REGULATORY COMMISSION** |

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2022, the foregoing was filed and served on counsel of record via the Court's CM/ECF system.

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney