# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| Institute for Energy Research, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:22-cv-00042 |
| Federal Energy Regulatory Commission, | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

Pending before the Court is the Parties' Stipulation and Joint Motion to Transfer. (Dkt. 6). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED.

This action is hereby TRANSFERRED to the United States District Court for the District of Columbia.

The Court further ORDERS the Clerk to forward all filings in this action to the Clerk for the District of Columbia.

It is SO ORDERED.

Signed this ___ of _____, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**