# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Victoria)
## CIVIL DOCKET FOR CASE #: 6:22−cv−00042

| | |
|---|---|
| Institute for Energy Research v. Federal Energy Regulatory Commission | Date Filed: 10/04/2022 |
| **Case electronically transferred to District of Columbia.** | Date Terminated: 11/04/2022 |
| Assigned to: Judge Drew B Tipton | Jury Demand: None |
| Cause: 05:552 Freedom of Information Act | Nature of Suit: 895 Freedom of Information Act |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Institute for Energy Research**  represented by  **Christopher Cochran Horner**
Max Will, PLLC
1725 I Street NW
Ste 300
Washington
202−262−4458
Email: chris@chornerlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Daniel Hardin**
Hardin Law Office
1725 I Street NW
Suite 300
Washington, DC 20006
202−802−1948
Email: matthewdhardin@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Energy Regulatory Commission**  represented by  **Myra Farah Siddiqui**
DOJ−USAO
1000 Louisiana Street
Suite 2300
Houston, TX 77002
713−567−9600
Email: myra.siddiqui@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2022 | 1 | COMPLAINT against Federal Energy Regulatory Commission (Filing fee $ 402 receipt number ATXSDC−28877639) filed by Institute for Energy Research. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summonses)(Hardin, Matthew) (Entered: 10/04/2022) |
| 10/05/2022 | 2 | Summons Issued as to All Defendants, U.S. Attorney and U.S. Attorney General. Issued summons returned to plaintiff by NEF, filed.(BrittanyBoniface, 6) (Entered: 10/05/2022) |

| 10/06/2022 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/9/2023 at 03:30 PM by video before Judge Drew B Tipton.(Signed by Judge Drew B Tipton) Parties notified.(BrittanyBoniface, 6) (Entered: 10/06/2022) |
|---|---|---|
| 10/27/2022 | 4 | NOTICE of Appearance by Christopher Horner on behalf of Institute for Energy Research, filed. (BrittanyBoniface, 6) (Entered: 10/27/2022) |
| 11/04/2022 | 5 | ANSWER to 1 Complaint by Federal Energy Regulatory Commission, filed.(Siddiqui, Myra) (Entered: 11/04/2022) |
| 11/04/2022 | 6 | Joint MOTION to Transfer Case to District of Columbia by Federal Energy Regulatory Commission, filed. Motion Docket Date 11/25/2022. (Attachments: # 1 Proposed Order)(Siddiqui, Myra) (Entered: 11/04/2022) |
| 11/04/2022 | 7 | ORDER TO TRANSFER CASE to District of Columbia; granting 6 Joint Motion to Transfer Case.(Signed by Judge Drew B Tipton) Parties notified.(BrittanyBoniface, 6) (Entered: 11/04/2022) |
| 11/04/2022 |  | Interdistrict transfer to District of Columbia. Case transferred electronically. Case terminated on 11/4/2022, filed. (BrittanyBoniface, 6) (Entered: 11/04/2022) |