# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br>　　　　Plaintiff<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>　　　　Defendant. | Civil Action No. 22-3419 (CKK) |

## ORDER
(November 8, 2022)

　　This case comes before the Court upon the filing of Defendant's [5] Answer to Plaintiff's [1] Complaint and after the case was [8] transferred to this Court. In light of this filing, it is this 8th day of November, 2022, hereby

　　**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, et cetera. The parties shall file the schedule not later than **December 6, 2022**.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge