UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ENERGY REGULATORY ) <br> COMMISSION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-3419 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Erika Oblea as counsel for Defendant in the above-captioned matter.

Dated: December 6, 2022

Respectfully submitted,

By:     /s/ Erika Oblea
ERIKA OBLEA, D.C. BAR #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*