UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 22-3419 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

### **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, dated November 8, 2022, Defendant Federal Energy Regulatory Commission ("FERC"), and Plaintiff Institute for Energy Research (the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case stems from Plaintiff's July 29, 2022 Freedom of Information Act ("FOIA") request seeking communications between FERC and the White House relating to Plaintiff's FOIA requests. Compl. ¶ 8, ECF No. 1. On August 25, 2022, Defendant denied Plaintiff's request in full pursuant to Exemption 5 under the FOIA. Plaintiff subsequently appealed Defendant's denial. On October 3, 2022, Defendant denied Plaintiff's administrative appeal.

2. Defendant is currently reconsidering whether any segregable portions of the records can be released and expects to make any additional determinations on or before January 5, 2023. The parties expect to meet and confer regarding any additional determinations to discuss the possibility of eliminating or narrowing any issues.

3. As a result, the parties believe that establishing a summary judgment briefing schedule and filing of a *Vaughn* index are premature at this time.  The parties propose filing another status report in forty-five days, or on or before January 20, 2023, to update the Court on the

- 2 -

progress of the parties' discussion and to the extent necessary, to propose a schedule for summary judgment briefing and the filing of a *Vaughn* index.

DATED: December 6, 2022

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>BY: /s/  Erika Oblea_____<br>ERIKA OBLEA, D.C. Bar #1034393<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2567<br>erika.oblea@usdoj.gov<br><br>*Counsel for Defendant* | /s/  *Matthew D. Hardin*<br>Matthew D. Hardin, D.C. Bar #1032711<br>Hardin Law Office<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br>Phone: (202) 802-1948<br>Email: MatthewDHardin@protonmail.com<br><br>*Counsel for Plaintiff* |