UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION<br><br>*Defendant.* | Civil Action No. 22-03419 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney L'Shauntee J. Robertson as counsel of record for the Defendant in the above-captioned case and remove Assistant United States Attorney Erika Oblea as counsel for Defendant.

Date:   December 9, 2022
         Washington, DC

                                                          Respectfully submitted,

                                                             /s/ *L'Shauntee J. Robertson*
                                                          L'Shauntee J. Robertson
                                                          D.C. Bar # 980248
                                                          Assistant United States Attorney
                                                          601 D Street, N.W.
                                                          Washington, D.C. 20530
                                                          Phone: (202) 252-1729
                                                          Fax: (202) 252-2599
                                                          lshauntee.robertson@usdoj.gov

                                                          *Attorney for the United States of America*