UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INSTITUTE FOR ENERGY RESEARCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-3419 (CKK) |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, dated December 6, 2022, Defendant Federal Energy Regulatory Commission ("FERC"), and Plaintiff Institute for Energy Research (the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case stems from Plaintiff's July 29, 2022 Freedom of Information Act ("FOIA") request seeking communications between FERC and the White House relating to Plaintiff's FOIA requests. Compl. ¶ 8, ECF No. 1. On August 25, 2022, Defendant denied Plaintiff's request in full, pursuant to Exemption 5 under the FOIA. Plaintiff subsequently appealed Defendant's denial. On October 3, 2022, Defendant denied Plaintiff's administrative appeal.

2. Since the Parties' December 6, 2022 Joint Status Report, Defendant has reconsidered whether any segregable portions of the records could be released. Consequently, on January 13, 2023, Defendant released four previously withheld documents totaling eight pages. What remained redacted of the released documents was what Defendant considers deliberative and covered by FOIA Exemption 5, consistent with Defendant's initial and administrative appeal determinations. Additionally, there were items in the January 13, 2023 release that were redacted

- 2 -

pursuant to FOIA Exemption 6, in order to protect the privacy interests of staff and/or related to other personal information.

3.  On January 19, 2023, counsel for Plaintiff informed counsel for Defendant about Plaintiff's challenges to Defendant's January 13 release. As of this Report, the parties expect to meet and confer regarding Plaintiff's challenges and to discuss the possibility of eliminating or narrowing any issues.

4.  As a result, Defendant believes that establishing a summary judgment briefing schedule and filing of a *Vaughn* index remain premature at this time. Plaintiff does not agree that imposition of a schedule is premature, but is willing to engage in conferences in hopes of resolving or narrowing the issues in dispute. The parties propose filing another status report in forty-five days, or on or before March 7, 2023, to update the Court on the progress of the parties' discussion and to the extent necessary, to propose a schedule for summary judgment briefing and the filing of a *Vaughn* index.

DATED: January 20, 2023

- 3 -

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>BY: */s/ L'Shaunteé J. Robertson*<br>L'SHAUNTEE J. ROBERTSON<br>DC Bar # 980248<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-1729<br>lshauntee.robertson@usdoj.gov<br><br>*Counsel for Defendant* | /s/<br>Matthew D. Hardin, D.C. Bar #1032711<br>Hardin Law Office<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br>Phone: (202) 802-1948<br>Email: MatthewDHardin@protonmail.com<br><br>*Counsel for Plaintiff* |