UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,  **)** <br> **)** <br> Plaintiff,  **)** <br> **)** <br> v.  **)** <br> **)** <br> FEDERAL ENERGY REGULATORY  **)** <br> COMMISSION,  **)** <br> **)** <br> Defendant.  **)** <br> **)** | Civil Action No. 22-3419 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated January 20, 2023, Defendant Federal Energy Regulatory Commission ("FERC"), and Plaintiff Institute for Energy Research (the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1.      This case stems from Plaintiff's July 29, 2022 Freedom of Information Act ("FOIA") request seeking communications between FERC and the White House relating to Plaintiff's FOIA requests. Compl. ¶ 8, ECF No. 1. On August 25, 2022, Defendant denied Plaintiff's request in full, pursuant to Exemption 5 under the FOIA. Plaintiff subsequently appealed Defendant's denial. On October 3, 2022, Defendant denied Plaintiff's administrative appeal.

2.      Defendant subsequently released on January 13, 2023, four previously withheld documents totaling eight pages. What remained redacted of the released documents was what Defendant considered deliberative and covered by FOIA Exemption 5, consistent with Defendant's initial and administrative appeal determinations.  Additionally, there were items in the January 13, 2023 release that were redacted pursuant to FOIA Exemption 6, in order to protect the privacy interests of staff and/or related to other personal information.

3.      The Parties filed a Joint Status Report on January 20, 2023, informing the Court of the above developments. Since that time, Defendant provided a draft *Vaughn* index to Plaintiff, explaining the redactions on the documents subject to the litigation. On March 6, 2023, counsel for Plaintiff informed counsel for Defendant of its intention to challenge Defendant's exemption claims.

4.      Because the Parities have not been able to agree on the application of Defendant's claimed exemptions, the Parties believe that establishing a summary judgment briefing schedule and filing of a *Vaughn* index is appropriate at this time.

5.      Accordingly, the Parties propose the following schedule for summary briefing as to the sole issue of Defendant's redactions and withholdings based on Exemptions 5 and 6:

   a.  Defendant's Motion for Summary Judgment to be due no later than May 5, 2023;

   b.  Plaintiff's Opposition and Cross-Motion for Summary Judgment to be due no later than June 19, 2023;

   c.  Defendant's Reply in further support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment to be due no later than August 3, 2023; and

   d.  Plaintiff's Reply in support of Plaintiff's Cross-Motion for Summary Judgment to be due no later than August 17, 2023.

6.      A proposed Order is attached.


DATED: March 7, 2023

- 3 -

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052        /s/
United States Attorney                      Matthew D. Hardin, D.C. Bar #1032711
                                      Hardin Law Office
BRIAN P. HUDAK                      1725 I Street NW, Suite 300
Chief, Civil Division                    Washington, DC 20006
                                        Phone: (202) 802-1948
BY: */s/ L'Shaunteé J. Robertson*       Email: MatthewDHardin@protonmail.com
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney      *Counsel for Plaintiff*
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Counsel for Defendant*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH, )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION, )<br><br>Defendant. ) | Civil Action No. 22-3419 (CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, and the entire record herein, it is

hereby **ORDERED** that:

a)  Defendant's Motion for Summary Judgment to be due no later than May 5, 2023;

b)  Plaintiff's Opposition and Cross-Motion for Summary Judgment to be due no later than June 19, 2023;

c)  Defendant's Reply in further support of their Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment to be due no later than August 3, 2023; and

d)  Plaintiff's Reply in support of Plaintiff's Cross-Motion for Summary Judgment to be due no later than August 17, 2023.

It is **SO ORDERED** this _____ day of _____, 2023.


_____
COLLEEN KOLLAR-KOTELLYUNITED STATES
DISTRICT COURT JUDGE