**From:** Le, Vanessa J. EOP/WHO
**To:** (b) (6)
**Cc:** (b) (6)
**Subject:** RE: FOIA 2022-24 & 36 Consultation - FERC/WH Communications
**Date:** Wednesday, June 29, 2022 9:38:07 AM

Hi (b) (6),

(b) (5) I will do my best to get you some of this by today but just for your future planning.

Thanks,
Vanessa

**Vanessa J. Le**
Associate Counsel
Office of the White House Counsel
(b) (6)
(b) (6)

---

**From:** (b) (6) @ferc.gov>
**Sent:** Tuesday, June 28, 2022 11:15 AM
**To:** Le, Vanessa J. EOP/WHO (b) (6)
**Cc:** (b) (6) @ferc.gov>
**Subject:** FW: FOIA 2022-24 & 36 Consultation - FERC/WH Communications

**CUI//PRIV**

Hi Vanessa,

Understanding that your schedule is busy, I wanted to circle back to see if you have had a chance to review the attached productions, which are slated to go out on June 30, 2022? Appreciate any updates that you may have or if you would like to discuss.

Thank you,
(b) (6)

---

**From:** (b) (6)
**Sent:** Thursday, June 23, 2022 6:48 PM
**To:** (b) (6)
**Cc:** (b) (6) @ferc.gov>
**Subject:** FOIA 2022-24 Consultation - FERC/WH Communications [Email 1 of 2]

**CUI//PRIV**

Hi Vanessa:

I am writing from the Federal Energy Regulatory Commission.  My colleague, (b) (6), previously emailed regarding a Freedom of Information Request that (b) (6) had involving communications with the White House and that I too had a couple of FOIA requests involving the same.  This email covers the first of those two requests, (b) (5)



(b) (6), (b) (5)

(b) (5)

this FOIA response is due on June 30.

Thank you for assistance,

(b) (6)

Attorney-Adviser
Office of the General Counsel | General & Administrative Law
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C.  20426

**From:** Le, Vanessa J. EOP/WHO
**To:** (b) (6)
**Cc:** (b) (6)
**Subject:** RE: FOIA 2022-24 Consultation - FERC/WH Communications [Email 1 of 2]
**Date:** Wednesday, June 29, 2022 10:04:47 AM
**Attachments:** Combined (redactions marked) (002)_062922.pdf

Hi (b) (6),

Attached are additional proposed redactions. (b) (5)

Thanks,
Vanessa

**Vanessa J. Le**
Associate Counsel
Office of the White House Counsel
(b) (6)
(b) (6)

**From:** (b) (6) @ferc.gov>
**Sent:** Thursday, June 23, 2022 6:48 PM
**To:** Le, Vanessa J. EOP/WHO (b) (6)
**Cc:** (b) (6) @ferc.gov>
**Subject:** FOIA 2022-24 Consultation - FERC/WH Communications [Email 1 of 2]

<center>CUI//PRIV</center>

Hi Vanessa:

I am writing from the Federal Energy Regulatory Commission. My colleague, (b) (6), previously emailed regarding a Freedom of Information Request that (b) (6) had involving communications with the White House and that I too had a couple of FOIA requests involving the same. This email covers the first of those two requests, (b) (5) (b) (6), (b) (5)

 (b) (5)

 (b) (5) this FOIA response is due on June 30.

Thank you for assistance,

(b) (6)

Attorney-Adviser

Office of the General Counsel | General & Administrative Law

Federal Energy Regulatory Commission

888 First Street NE

Washington, D.C.  20426

3

| | |
|---|---|
| From: | Le, Vanessa J. EOP/WHO |
| To: | (b) (6) |
| Cc: | (b) (6) |
| Subject: | RE: FOIA 2022-36 Consultation - FERC/WH Communications [Email 2 of 2] |
| Date: | Wednesday, June 29, 2022 10:36:12 AM |
| Attachments: | FOIA 2022-36 Responsive Documents (marked)_062922.pdf |

Attached with additional proposed redactions.

**Vanessa J. Le**
Associate Counsel
Office of the White House Counsel
(b) (6)
(b) (6)

---

**From:** (b) (6) @ferc.gov>
**Sent:** Thursday, June 23, 2022 6:48 PM
**To:** Le, Vanessa J. EOP/WHO (b) (6)
**Cc:** (b) (6) @ferc.gov>
**Subject:** FOIA 2022-36 Consultation - FERC/WH Communications [Email 2 of 2]

<p style="text-align:center; color:red;">CUI//PRIV</p>

Hi Vanessa:

This email covers the second of those two requests, and the responsive documents that FERC has flagged for release with certain redactions. (b) (5)

(b) (5)

Again, thank you for your assistance and apologies for any inconvenience on the short turnaround.

(b) (6)

**From:** Le, Vanessa J. EOP/WHO
**To:** (b) (6)
**Subject:** Re: FOIA 2022-36 Consultation - FERC/WH Communications
**Date:** Wednesday, August 10, 2022 8:50:29 AM

Hey (b) (6),

(b) (5), (b) (6)

Thanks,
Vanessa

Sent from my iPhone

> On Aug 10, 2022, at 8:28 AM, (b) (6) @ferc.gov> wrote:
>
> **CUI//PRIV/PRVCY-High**
>
> Appreciate the update. Thank you, Vanessa.
>
> (b) (6)
>
> **From:** Le, Vanessa J. EOP/WHO (b) (6)
> **Sent:** Tuesday, August 09, 2022 1:45 PM
> **To:** (b) (6) @ferc.gov>
> **Cc:** (b) (6) @ferc.gov>; Rios, Brandon B. EOP/WHO (b) (6)
> **Subject:** RE: FOIA 2022-36 Consultation - FERC/WH Communications
>
> (b) (5)  Also, adding my colleague Brandon Rios to this chain; he is taking over DOE so will also be reviewing FERC FOIA requests in the future.
>
> Vanessa J. Le
> Associate Counsel
> Office of the White House Counsel
> (b) (6)
> (b) (6)
>
> **From:** (b) (6) @ferc.gov>
> **Sent:** Thursday, August 4, 2022 6:02 PM
> **To:** Le, Vanessa J. EOP/WHO (b) (6)
> **Cc:** (b) (6) @ferc.gov>
> **Subject:** FOIA 2022-36 Consultation - FERC/WH Communications

CUI//PRIV/PRVCY-High

Hi Vanessa,

I previously reached out around June 23, 2022 regarding two FOIA requests that sought communications between FERC and White House staff. (b) (5)

Thank you in advance for your time.

(b) (6)

(b) (6)
Attorney-Adviser
Office of the General Counsel | General & Administrative Law
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426
(b) (6)

**From:** (b) (6)
**Sent:** Thursday, June 23, 2022 6:48 PM
**To:** (b) (6)
**Cc:** (b) (6) @ferc.gov>
**Subject:** FOIA 2022-36 Consultation - FERC/WH Communications [Email 2 of 2]

CUI//PRIV

Hi Vanessa:

This email covers the second of those two requests, and the responsive documents that FERC has flagged for release with certain redactions. (b) (5)

(b) (5)

(b) (5)

Again, thank you for your assistance and apologies for any inconvenience on the short turnaround.

(b) (6)