UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | Civil Action No. 22-3419 (CKK) |

**ORDER**
(July 25, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** Defendant's [17] Motion for Summary Judgment and ORDERS that this case be dismissed.

**SO ORDERED**.

Date: July 25, 2024

/s/ _____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1