UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> *Defendants*. | Civil Action No. 1:22-cv-3419 |

**DECLARATION OF COUNSEL**
**IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

I, Matthew Hardin, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I represent the Plaintiff in this matter.

3. I graduated from the Appalachian School of Law with a Juris Doctorate and was admitted to practice law in Virginia in 2014. I was thereafter admitted to practice in this Court in 2015.

4. In another case, *Institute for Energy Research v. Department of the Treasury*, et al, Case No:1:22-cv-3653 (D.D.C.) at ECF No. 23-13, the U.S. Attorney recently filed what appears to be a true and correct listing of my FOIA cases in the U.S. District Court for the District of Columbia, indicating that I have handled at least 118 FOIA cases in the past decade in this Court. However, the U.S. Attorney's list of my cases does not account for cases in which I have provided legal advice but have not entered an appearance in litigation, and it also does not detail cases in which I have been counsel in courts other

than this Court. I am admitted in multiple jurisdictions, and frequently file cases of this type in other federal district courts (including without limitation in the Eastern District of Virginia, the District of Maryland, the Southern District of Texas, and the District of New Mexico) or in state courts (including cases in Washington State, Virginia, Vermont, New York, Maryland, and elsewhere). The list filed by the U.S. Attorney in the aforementioned matter therefore understates my experience with litigation under the Freedom of Information Act and similar state laws modeled after FOIA.

5. I have litigated federal Freedom of Information Act cases since 2014 as co-counsel and since 2015 as counsel of record, and have provided advice in several dozen more public record matters in multiple jurisdictions over the past decade. The bulk of time spent in my practice involves utilizing the Freedom of Information Act and similar state laws modeled after FOIA, and I have for years specialized in such cases

6. I have endeavored to ensure that no hours spent by Chris Horner and myself on this matter were duplicative and have removed from the hours for which I seek compensation all time spent on tasks simultaneously with my co-counsel or arguably duplicative of time spent by my co-counsel. I have also removed time spent on the unsuccessful opposition to FERC's Motion for Summary Judgment. With those exclusions, I seek to be compensated for the following work performed in this matter:

    a. Finalize & File Complaint in Case No. 6:22-cv-00036 (9/5/2022): 1.1 hours
    b. Finalize & File Complaint in Case No. 6:22-cv-00042 (10/4/2022): 0.4 hours
    c. Draft & file fees motion (Aug. 7-Aug. 8, 2024): 1.7 hours

7. All time recorded above as well as the time for which I do not separately seek compensation was necessary, in the exercise of my best professional judgment, and to a

reasonable degree of legal certainty, to pursue meritorious claims in this matter on behalf of my client. It is my belief based on my years of experience handling Freedom of Information Act cases that we would not have obtained any records in this matter had Plaintiff not diligently pursued this matter in litigation and protected its rights throughout the pendency of this litigation.

8. I have excluded from the above accounting time which reflects work performed by me in collaboration with other attorneys (to prevent double-billing) and time spent on tasks which were ministerial in nature or which took *de minimus* amounts of time (such as responding to very simple and non-substantive emails and other items of correspondence, as well as Joint Status Reports).

9. I declare the foregoing to be true and correct to the best of my knowledge and belief under pains and penalties of perjury.

Dated: August 8, 2024        /s/Matthew D. Hardin
                              Matthew D. Hardin