UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　　Defendant. | Consolidated<br>Civ. A. Nos. 22-2756, 22-3419 (CKK) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

　　In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to Plaintiff's Motion for Attorney Fees, ECF No. 22, until September 24, 2024. The response is otherwise due on Thursday, August 22. Plaintiff, through counsel, has graciously agreed to the relief sought in this motion.

　　As grounds for this motion, undersigned represents that she has conferred with counsel for Plaintiff about the potential of resolving the matter without further intervention of the Court. An extension will allow the parties time to discuss potential settlement, and for Defendant to prepare its response to the motion in the event the parties are unable to reach an agreement.

　　Upon information and belief, this is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines. Accordingly, Defendant respectfully requests an extension of time until September 24, 2024, to respond to Plaintiff's Motion.

　　A proposed order is enclosed herewith.

- 2 -

Dated: August 15, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ L'Shaunteé J. Robertson
    L'SHAUNTEE J. ROBERTSON, D.C. BAR #980248
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-1729
    Lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | Consolidated<br>Civ. A. Nos. 22-2756, 22-3419 (CKK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to Plaintiff's Motion for Attorney Fees, ECF No. 22, and for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including September 24, 2024, to respond to Plaintiff's Motion.

SO ORDERED:

Dated: _____ _____
COLLEEN KOLLAR-KOTELLY
District Judge