UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Defendant. | Consolidated<br>Civ. A. Nos. 22-2756, 22-3419 (CKK) |

**DEFENDANT'S SECOND CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND**

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, by and through undersigned counsel, respectfully requests that this Court further extend the time to respond to Plaintiff's Motion for Attorney Fees, ECF No. 22, until November 22, 2024. The response is otherwise due today, September 24.

Undersigned understands this Court has ordered that motions for extensions of time must be filed at least four business days prior to the affected deadline, and she apologizes to the Court for filing this motion on the day of the deadline. Due to the press of other litigation matters, undersigned neglected to timely file this motion. However, undersigned files this motion on the good faith belief that the circumstances underlying this request warrant an extension of time. That is, the parties have reached a settlement agreement in principle, but additional time is needed to finalize the paperwork. Plaintiff, through counsel, has graciously agreed to the relief sought in this motion.

Upon information and belief, this is Defendant's second request for an extension in this matter. Granting the requested extension will not impact any other deadlines. Accordingly,

- 2 -

Defendant respectfully requests a further extension of time until November 22, 2024, to respond to Plaintiff's Motion.

A proposed order is enclosed herewith.

Dated: September 24, 2024  
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: /s/ L'Shaunteé J. Robertson  
L'SHAUNTEE J. ROBERTSON, D.C. BAR #980248  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
202-252-1729  
Lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | Consolidated<br>Civ. A. Nos. 22-2756, 22-3419 (CKK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's second consent motion for an extension of time to respond to Plaintiff's Motion for Attorney Fees, ECF No. 22, and for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including November 22, 2024, to respond to Plaintiff's Motion.

SO ORDERED:

Dated: _____                                   _____
                                                                              COLLEEN KOLLAR-KOTELLY
                                                                              District Judge