UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

      Plaintiff,

    v.

FEDERAL ENERGY REGULATORY
COMMISSION,

      Defendant.

Consolidated
Civ. A. Nos. 22-2756, 22-3419 (CKK)

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: November 22, 2024
Washington, DC

/s/ Matthew D. Hardin
_____
MATTHEW D. HARDIN
HARDIN LAW OFFICE
1725 I Street, NW Suite 300
Washington, DC 20006
(202) 802-1948
Matthewdhardin@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ L'Shauntee J. Robertson
    L'SHAUNTEE J. ROBERTSON
    D.C. BAR #980248
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-1729
    Lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*