**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br>    Plaintiff<br><br>    v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION,<br>    Defendant. | Consolidated Civil Actions No. 22-2756<br>(CKK) and No. 22-3419 (CKK) |

## ORDER

In light of the parties' [25] Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is, this 22 day of November 2024, hereby

**ORDERED** that this matter is **DISMISSED with prejudice**.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge